IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-381-D

GARY LYNN WARWICK,                    )
                                      )
                        Plaintiff,    )
                                      )
            v.                        )            **ORDER**
                                      )
NANCY A. BERRYHILL,                   )
Acting Commissioner of Social Security, )
                                      )
                        Defendant.    )

     Plaintiff failed to comply with this court's order of November 13, 2017 [D.E. 22]. In that order, the court warned plaintiff that "failure to respond to this order could result in sanctions, up to and including dismissal." Cf. Hathcock v. Navistar Int'l Transp. Corp., 53 F.3d 36, 40–41 (4th Cir. 1995).

     In light of plaintiff's failure to comply, the action is DISMISSED without prejudice.

     SO ORDERED. This _11_ day of January 2018.

JAMES C. DEVER III
Chief United States District Judge
