UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GARY LYNN WARWICK,  )<br>  )<br>       Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>NANCY A. BERRYHILL, Acting Commissioner  )<br>of Social Security,  )<br>       Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-381-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff failed to comply with this court's order of November 13, 2017 [D.E. 22]. In light of plaintiffs failure to comply, the action is DISMISSED without prejudice.

**This Judgment Filed and Entered on January 11, 2018, and Copies To:**

| | |
|---|---|
| Gary Lynn Warwick | (Sent to 807 Carthage Road Lumberton, NC 28358 via US Mail) |
| Stephen F. Dmetruk, Jr. | (via CM/ECF electronic notification) |

DATE:                                PETER A. MOORE, JR., CLERK
January 11, 2018             (By) /s/ Nicole Briggeman
                                         Deputy Clerk